**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director
and Attorney-in-Chief*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2022

January [date]

**BY ECF AND EMAIL**
Honorable Victor Marrero
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   <u>United States v. Richard Forrester,</u>
           **21 Cr. 683 (VM)**

Dear Judge Marrero:

    The Court previously authorized Mr. Forrester to travel to Maryland and Georgia to visit family between December 22, 2021 and January 21, 2022. Mr. Forrester did not make the planned trip, in part because the mother of his best friend, Karen Farley, died in December. Mr. Forrester therefore requests to travel instead to Fairborn, Ohio, to console his grieving friend. He proposes to leave immediately, return by January 21 as previously scheduled, and to stay with Ms. Farley at an address that has been provided to Pretrial Services.

    Pretrial Services has no objection to this request. The government defers to Pretrial Services.

Respectfully submitted,

Jay H. Kaminsky
Jay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

---

Defendant's request to temporarily modify his bail conditions to allow for the travel stated herein is GRANTED.

**SO ORDERED.**

Dated: New York, New York
      04 January 2022

/s/ Victor Marrero
Victor Marrero
U.S.D.J.