```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
                                       :      21 CR 683(VM)
          -against-                    :      ORDER
                                       :
RICHARD FORRESTER,                     :
                                       :
                    Defendant.         :
------------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    Counsel for Defendant, with the consent of the Government, requests a 60-day adjournment of the status conference scheduled for March 18, 2022. The conference shall be rescheduled for June 3, 2022 at 1:00 P.M.

    Defendants in this action consent to an exclusion of time from the Speedy Trial Act until June 3, 2022.

    It is hereby ordered that time until June 3, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
             15 March 2022

_____
Victor Marrero
U.S.D.J.