**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :     **21 CR 683(VM)**
        -against-                   :     **ORDER**
                                    :
RICHARD FORRESTER,                  :
                                    :
                Defendant.          :
-----------------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   The Government informed the Court by email that a change of plea hearing is scheduled in this matter on June 1, 2022 in Magistrate Court. Accordingly, the status conference scheduled for June 3, 2022 is hereby canceled.

**SO ORDERED:**

Dated: New York, New York
       31 May 2022

_____
Victor Marrero
U.S.D.J.