```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

             - v. -                           ORDER

RICHARD FORRESTER,                          21 Cr. 683(VM)
        a/k/a "Steven,"

             Defendant.

------------------------------------x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge James L. Cott on June 8, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

A sentencing shall be scheduled in this matter for September 30, 2022 at 12:00 PM.

SO ORDERED:

Dated:  New York, New York
        June 10, 2022

_____
Victor Marrero
U.S.D.J.