UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

        - v. -

RICHARD FORRESTER,
    a/k/a "Steven,"

Defendant.

------------------------------------x

**ORDER**

21 Cr. 683(VM)

At the request of defense counsel, and with the consent of the Government, it is hereby ordered that the sentencing scheduled for the above-named defendant on September 30, 2022 shall be adjourned until October 28, 2022 at 2:00 PM.

**SO ORDERED.**

Dated:  New York, New York
       August 3, 2022

_____
Victor Marrero
U.S.D.J.