Case 1:21-cr-00683-VM   Document 27   Filed 10/13/22   Page 1 of 1

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 12, 2022

**BY EMAIL**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022

Re: **United States v. Richard Forrester,
21 Cr. 683 (VM)**

Dear Judge Marrero:

    I write with the consent of the government to request that Mr. Forrester's sentencing, currently scheduled for October 28, be adjourned to a date in December. Both parties are available on the morning of December 7 or at any time on December 9, 12, or 15.

    An adjournment is appropriate both because the final presentence report is not yet available and because Mr. Forrester's grandmother, who raised him, recently died and her funeral is expected to be close to the current sentencing date.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSAs Kaylan Lasky and Danielle Kudla



Request GRANTED. Defendant's request to adjourn his sentencing from October 28, 2022 at 2:00 PM to December 9, 2022 at 2:00 PM is hereby GRANTED.

SO ORDERED.

10/13/2022
DATE

VICTOR MARRERO, U.S.D.J.