**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2022
```

UNITED STATES OF AMERICA,

                - against -

RICHARD FORRESTER,

                Defendant.

**21 CR 0683 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Sentencing scheduled in this matter for Friday, December 9, 2022 at 2:00 PM is hereby adjourned until Friday, January 20, 2023 at 2:00 PM.

**SO ORDERED.**

Dated:    6 December 2022
          New York, New York

Victor Marrero
U.S.D.J.