USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

              - against -

RICHARD FORRESTER,

                      Defendant.

21 CR 0683 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Sentencing scheduled in this action for Friday, January 20, 2023 at 2:00 PM is hereby rescheduled to earlier the same day, January 20, 2023 at 11:00 AM.

**SO ORDERED.**

Dated:    18 January 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.