```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

RICHARD FORRESTER,

                   Defendant.

**21 CR 0683 (VM)**

<u>**ORDER**</u>

---

**VICTOR MARRERO**, United States District Judge.

     The Court hereby continues the sentencing of Richard Forrester on Friday, April 14, 2023, at 11:00 AM.

**SO ORDERED.**

Dated:     17 February 2023
             New York, New York

                                           _____
                                                   Victor Marrero
                                                      U.S.D.J.